UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 4-96-cr-83(So. Dist. of Iowa)
Civil No. 01-738(JRT/AJB)

JOEL ALFONSO QUINTANILLA, )
Petitioner, )
v. ) **ORDER**
UNITED STATES OF AMERICA, )
Respondent. )

The above-captioned matter is before the undersigned on the motion of the United States for an enlargement of time to respond to Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Pursuant to this Court's May 3, 2001 Order, the response of the United States is due on May 23, 2001. The United States requests an enlargement of time based on: (1) its receipt of the case file on May 14, 2001 from the Southern District of Iowa and (2) the additional time required for coordinating the increased number of habeas petitions based on Apprendi v. New Jersey, 530 U.S. 466 (2000).

Based on the foregoing and on all the files and records in this case, it is

**ORDERED:**

1. That the motion of the United States for an enlargement of time to respond to Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is GRANTED; and

2. That the response of the United States is due June 11, 2001.

Dated: 5/25/01

ARTHUR BOYLAN
United States Magistrate Judge

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____