UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 4-96-cr-83 (So. Dist. of Iowa)
Civil No. 01-738 (JRT/AJB)

| | | |
|---|---|---|
| JOEL ALFONSO QUINTANILLA, Petitioner, | ) | |
| v. | ) | SECOND MOTION FOR ENLARGEMENT OF TIME AND ORDER |
| UNITED STATES OF AMERICA, Respondent. | ) | |

The above-captioned matter is before the undersigned on the second motion of the United States for an enlargement of time to respond to Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 23, 2001, the undersigned granted the Government's first motion for enlargement of time to respond to Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court ordered the response due June 11, 2001.

On June 11, 2001, however, the Eighth Circuit filed United States v. Moss, No. 99-3169, holding that Apprendi v. New Jersey, 120 S. Ct. 2348 (2000), does not apply retroactively to cases on collateral review. The United States now requests an additional enlargement of time to review the impact of Moss on Petitioner's Apprendi-based claims.

Based on the foregoing and on all the files and records in this case, it is

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDERED:**

1. That the second motion of the United States for an enlargement of time to respond to Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is GRANTED; and

2. That the response of the United States is due June 18, 2001.

Dated: 6/12/01

ARTHUR BOYLAN
United States Magistrate Judge