**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Joel Alfonso Quintanilla,

Civil No. 01-738 JRT/AJB

Petitioner,

v.

United States of America,

**ORDER ON AMENDMENT TO PETITION AND GRANTING TIME TO RESPOND**

Respondent.

Petitioner in this action has filed an "Amendment to his Initial Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241." Review of the submitted document indicates no additional claims or bases for habeas corpus relief. Rather, the amendment expresses petitioner's objection to enlargement of time for respondent to respond to his initial petition, and further presents argument relating to the reason that the respondent requested additional time to respond, i.e. the recent opinion in United States v. Moss, __ F.3d __, 2001 WL 637312 (8th Cir.), therein addressing issues that are present in this matter. The respondent's request for additional time was granted and petitioner's objection is therefore **moot** [Docket No. 7]. Petitioner's amendment was filed with the Court on the same day that the government's response was filed and although petitioner discussed the affect of the Moss decision, he has not made a direct reply to the government's argument.

Therefore, it is **HEREBY ORDERED** that petitioner shall have until August 13, 2001, in which to file a reply to government's memorandum response to his petition for writ of



FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

habeas corpus. Upon receipt of the petitioner's reply this matter shall be consider ready for determination and no further written argument shall be submitted except by express direction of the Court.

Dated: 7/10/01

Arthur J. Boylan
United States Magistrate Judge